ETHEL THOMPSON, Respondent, v. ALFRED ROSE, Doing Business as TRYLON PASTRY SHOP, Respondent, and CITY OF NEW YORK, Appellant.— In an action to recover damages for personal injuries allegedly sustained as a result of a fall on a sidewalk covered with ice and snow, defendant City of New York appeals from so much of a resettled judgment in favor of plaintiff entered on the verdict of a jury, and in favor of defendant Rose entered on the dismissal of its cross complaint on motion at the close of plaintiff's case. The city has abandoned its appeal with respect to the dismissal of the cross complaint. Said defendant also appeals from the original judgment. Resettled judgment, insofar as appealed from, reversed on the law, with costs to defendant City of New York against plaintiff, and complaint dismissed. The findings of fact implicit in the verdict of the jury are affirmed. The accident occurred on December 23, 1948, about 1:30 P.M., approximately three and a half days after the termination of a snowstorm during which 16.7 inches of snow fell. In our opinion, plaintiff failed to establish any actionable negligence on the part of the City of New York. (*Weisfeld* v. *City of New York,* 282 App. Div. 739.) Appeal from original judgment dismissed, without costs. Nolan, P. J., Adel, Wenzel, MacCrate and Beldock, JJ., concur.

∎

(February 15, 1954.)

∎

435 EAST BROADWAY REALTY INC., Appellant, v. SUN GLEN FARMS, Respondent. 435 EAST BROADWAY REALTY INC., Appellant, v. MERIT FARMS, INC., Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Adel, Wenzel, Schmidt and Beldock, JJ. [See *ante,* p. 672.]

∎

PHILIP APPLEBAUM et al., Appellants, v. AMY ALTIERY, Respondent, and JOSEPH D. McGOLDRICK, as State Rent Administrator, Intervener, Respondent. — In this summary proceeding for nonpayment of rent, the tenant counterclaimed for damages for collection of rent in excess of a claimed "legal maximum rent" and other items. The final order and judgment (one paper) of the Municipal Court of the City of New York, Borough of Brooklyn, Second District, awarded possession to the landlords, determined that two months' rent — $378 — was due, and severed the counterclaim for trial at a future date. The landlords appeal, by permission of this court on a stipulation for judgment absolute, from an order of the Appellate Term of the Supreme Court, Second Judicial Department, which reversed the final order and judgment of the Municipal Court and ordered a new trial. Order of the Appellate Term unanimously affirmed, and final order and judgment absolute directed in favor of the tenant, pursuant to the terms of the stipulation filed herein, with costs in all courts to the tenant-respondent. No opinion. Present — Adel, Acting P. J., Wenzel, MacCrate, Schmidt and Beldock, JJ.